IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00902-BNB-KLM

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Union Pacific Railroad Company's Unopposed Motion to Amend Answer and Counterclaim** [Docket No. 12; Filed August 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's Amended Answer and Counterclaim [Docket No. 12-2] is accepted for filing as of the date of this Order.

    Dated: August 5, 2008