**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-CV-00902-BNB-KLM

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

  IT IS HEREBY ORDERED that the counterclaim of Union Pacific with respect to the derailment of November 17, 2006, as alleged in the above-entitled action, is hereby dismissed with prejudice, each party to pay its own costs.

  DATED at Denver, Colorado, this 25th day of November, 2008.

        BY THE COURT:

        _____
        United States Magistrate Judge