IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00902-BNB-KLM

TRI-STATE GENERATION AND TRANSMISSION ASSOCIATION, INC.,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Union Pacific Railroad Company's Unopposed Motion to Change Hearing Date on Plaintiff's Motion to Strike and/or Exclude Defendant's Expert and His Expert Opinion Testimony** [docket no. 39, filed March 24, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set for April 13, 2009, is **vacated and reset to Friday, April 17, 2009, at 1:30 p.m.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: March 24, 2009