IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 08-cv-00902-BNB-KLM | FTR BNB Geneva D. Mattei |
| **Date:** April 21, 2009 | COURTROOM A-401 |

TRI-STATE GENERATION AND                    Ashley Pollock
TRANSMISSION ASSOCIATION, INC.,

      Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,             Steven Napper

      Defendants.

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:   1:38 p.m.

Court calls case.

Appearances of Counsel.

Evidence is offered regarding the plaintiff's motion to strike and/or exclude defendant's expert and his expert opinion testimony.

Plaintiff's witness, Edward C. Gallagher, sworn.

Direct examination of Mr. Gallagher by Ms. Pollock

The court questions the witness.

Cross-examination of Edward C. Gallagher by Mr. Napper.

Defendant's witness, Kenneth M. Wright, sworn.

Direct examination of Mr. Wright by Mr. Napper.
The court questions the witness.

Cross-examination of Kenneth M. Wright by Ms. Pollock.

Re-direct examination of Kenneth M. Wright by Mr. Napper.

Plaintiff and defendant rests.

Plaintiff's and defendant's exhibit conventionally filed.

**ORDERED:   The plaintiff's motion to strike and/or exclude defendant's expert and his expert opinion testimony filed 3/20/09 Doc. [37] is TAKEN UNDER ADVISEMENT, as stated in record. The court will file a Recommendation.**

Court in Recess:       4:03 p.m.       Hearing concluded.     Total time in court:     02:25

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.